1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTINEX, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALIBABA.COM HONG KONG LIMITED and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 13-sacv-01545-JVS (RNBx)<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION** |

///
///
///
///

1  THE COURT, having considered the parties' Stipulated Protective Order for
2  Confidential Information (Docket Entry #54) (the "Protective Order") and GOOD
3  CAUSE appearing therefor;
4      HEREBY GRANTS the Protective Order.

5
6  DATED: June 08, 2015

                                  */s/ Robert N. Block*
7                                    HON. ROBERT N. BLOCK
8                                    United States Magistrate Judge
9
10  Respectfully submitted:
11  QUINN EMANUEL URQUHART & SULLIVAN, LLP
12  By */s/ Carey R. Ramos*
13      Carey R. Ramos (admitted *pro hac vice*)
14      Michael F. Peng
      Rachel Appleton
15
16      Attorneys for Defendant Alibaba.com Hong Kong Ltd.
17  Dated:  June 5, 2015
18
19
20
21
22
23
24
25                                             Case No. 13-cv-01545-JVS (RNB)